IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| CHRISTOPHER SHEBBY<br><br>        Plaintiff,<br><br>v.<br><br>STIFEL, NICOLAUS & COMPANY, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 8:17-CV-02847 (DKC)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF CHRISTOPHER SHEBBY'S REQUEST FOR A HEARING

Plaintiff Christopher Shebby, by and through undersigned counsel, and pursuant to Local Rule 105(6), respectfully requests a hearing on Defendant's Motion to Dismiss and/or to Stay Proceedings and Compel Arbitration (Dkt. No. 14). Defendant's Reply (Dkt. No. 23) focuses entirely upon the implications of a single Fourth Circuit decision, which was not cited in Defendant's opening brief, but referenced for the first time in Mr. Shebby's Opposition memorandum (Dkt. No. 22). Mr. Shebby believes oral argument on Defendant's Motion would be useful to this Court's analysis of the parties' filed papers, since Mr. Shebby does not presently have an opportunity to respond to Defendant's newly raised arguments.

Dated: January 10, 2018

Respectfully submitted,

/s/ Seth C. Berenzweig
Seth C. Berenzweig, Esq.
Maryland Federal Bar No. 25115
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive, Suite 1250
McLean, Virginia 22102
(703) 760-0402 (telephone)
(703) 462-8674 (facsimile)
sberenzweig@berenzweiglaw.com
*Counsel for Plaintiff Christopher Shebby*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2018, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

> Jason M. Branciforte, Esq.
> Steven E. Kaplan, Esq.
> 815 Connecticut Avenue, NW - Suite 400
> Washington, DC 20006
> jbranciforte@littler.co
> skaplan@littler.com
> *Counsel for Defendant Stifel, Nicolaus & Company, Inc.*

/s/ Seth C. Berenzweig

2